UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No: 1:23-CR-30 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| O'SHAE SMITH | ) |

## O R D E R

This matter is before the Court on the report and recommendation of Magistrate Judge Christopher H. Steger, recommending the Court deny Defendant's motion to suppress evidence against him resulting from his September 9, 2022, arrest. (Doc. 30.) Defendant objects to the Magistrate Judge's factual finding that the information on which the arresting officer acted was not stale. (Doc. 34.) The United States opposes the objection. (Doc. 35.)

For the reasons stated in the accompanying memorandum, Defendant's objection (Doc. 34) is **OVERRULED** and the report and recommendation (Doc. 30) is **ACCEPTED**. Defendant's motion to suppress (Doc. 17) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**